# United States Court of Appeals
## For the First Circuit

No. 09-2392

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff, Appellant,

v.

KATHLEEN SEBELIUS, ET AL.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 11, 2011 is amended as follows:

On page 22, line 4, "statue" is changed to "statute".